**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, )<br>         Plaintiff, )<br>vs. )<br>Louis W. Gaines, )<br>         Defendant. ) | No. 94-4090M<br><br>**ORDER** |

Based upon the United States of America's Motion to Dismiss and good cause appearing,

**IT IS ORDERED** dismissing the complaint, without prejudice, as to the above-captioned defendant.

**IT IS FURTHER ORDERED** quashing the outstanding arrest warrant as to the above-captioned defendant.

DATED this 7th day of June, 2006.

_____
David K. Duncan
United States Magistrate Judge